```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 17170
   RALPH E HARRIS
   MARCIA A HARRIS                        CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-5107    SSN XXX-XX-9910
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/20/07 .

   2.  The case was converted to Chapter 7 without confirmation, 12/01/2007.

   3.  The Debtor paid a total of $   2164.50 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AURORA FINANCE LOAN | SECURED VEHIC | 1400.00 | .00 | 1400.00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCEONE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| DCS INC | UNSECURED | NOT FILED | .00 | .00 |
| EARTHMOVER CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL SERVICE BUREAU, | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| SEATTLE DEPARTMENT OF SU | UNSECURED | NOT FILED | .00 | .00 |
| SHELL OIL | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      1400.00          .00          .00          .00      1400.00
PRINCIPAL PAID          1400.00          .00          .00          .00      1400.00
INTEREST PAID               .00          .00          .00          .00          .00
TOTAL PAID              1400.00          .00          .00          .00      1400.00
```

The Debtor's attorney, RONALD E LANG                    , was allowed $       .00
and was paid $       .00 .

The Trustee received $      65.97 .

Refunds to the Debtor totaled $    698.53 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/17/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE